JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS PERALTA, <br><br> Petitioner, <br><br> v. <br><br> NEIL MCDOWELL, Warden, <br><br> Respondent. | Case No. 2:19-cv-10798-VBF (SHK) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: April 7, 2020

HON. VALERIE BAKER FAIRBANK
United States District Judge